U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED · LAFAYETTE

NOV 0 2 2012

TONY R. MOORE, CLERK
BY _____
              DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:12-0046 |
| VERSUS | * | JUDGE HAIK |
| TYLERTON JAMES CLEMENT | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, having considered the objections filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Suppress filed by the defendant, Tylerton James Clement, [rec. doc. 32] is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____ day of _____, 2012.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE